**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Pablo A. Ospina Londono<br>&<br>Jessenia M. Bedoya-Ospina<br><u>Debtor(s)</u> | CHAPTER 7<br><br>BKY. NO. 17-15890 JKF |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Pacific Union Financial, LLC and index same on the master mailing list.

        Respectfully submitted,

        **/s/ Rebecca A. Solarz, Esquire**
        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322 FAX (215) 627-7734