Certificate Number: 17572-PAE-DE-029912897

Bankruptcy Case Number: 17-15890



17572-PAE-DE-029912897

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2017, at 4:31 o'clock PM PDT, Pablo A Ospina Londono completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 21, 2017           By:   /s/Benjamin E Wunsch

Name:  Benjamin E Wunsch

Title:  Counselor