Certificate Number: 17572-PAE-DE-029911761

Bankruptcy Case Number: 17-15890



17572-PAE-DE-029911761

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 21, 2017, at 4:31 o'clock PM PDT, JESSENIA M BEDOYA-OSPINA completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:    September 21, 2017                By:    /s/Benjamin E Wunsch

Name:    Benjamin E Wunsch

Title:    Counselor